John W. Packel, Chief, Appeals Div., Leonard N. Sosnov, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Marianne Cox, Asst. Dist. Attys., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order of the Superior Court, 292 Pa.Super. 278, 437 A.2d 44 affirmed.

---

467 A.2d 1127

**LISA H. and Nicole H., Minors, by their Mother and Natural Guardian, Doris H., Appellants,**

v.

**STATE BOARD OF EDUCATION, Commonwealth of Pennsylvania, Department of Education, Robert G. Scanlon, Bucks County Intermediate Unit, George Rabb, Bensalem Township School Board, David G. Costello, Bensalem Township School District, Robert H. Hays, Thomas P. Waters, Joseph S. Stroman, William Snyder, William A. Abbott, Robert A. Carr and Susan Bernardini.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1983.

Decided Dec. 1, 1983.

Doris Applebaum, Cornwells Heights, for appellants.

Ernest N. Helling, Harrisburg; for St. Bd. of Educ.

Paul L. Stevens, Morrisville, for Bucks Co. Intermed. Unit, et al.

D. Donald Jamieson, Jeffrey Cooper, Philadelphia, for Bensalem Twnsp. Sch. Bd. and Sch. Dist., et al.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Order affirmed.

---

467 A.2d 1127

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**James R. TRUSS.**

Supreme Court of Pennsylvania.

Submitted Oct. 25, 1983.

Decided Dec. 1, 1983.

Michael Vedomsky, Asst. Dist. Atty., Easton, for appellant.

Salvador J. Salazar, Asst. Public Defender, for appellee.